# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MEDIA LODGE, INC., | ) Case No. 20-12969 (JTD) |
| Debtor. | ) Re: Docket Nos. 46, 61, 63, 65, 77, 78 and 87 |

## ORDER DENYING MOTION BY GUNUP, INC. TO DISMISS CHAPTER 11 CASE

Upon consideration of the *Motion By GunUp, Inc., to Dismiss Chapter 11 case* (the "Motion") and any responses thereto, and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; it is hereby ORDERED that:

1. The Motion is DENIED for reasons stated on the record.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**Dated: January 14th, 2021**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE