# **EXHIBIT B**

Financial Statements Issued Before Bankruptcy

**MEDIA LODGE INC.**
Media Lodge Inc
For the Ten Months Ending October 31, 2020

|  |  | October |
|---|---|---:|
| | **ASSETS** | |
| | **Current Assets** | |
| 10000 | Cash - B of A Operating | ($23,180.43) |
| | **Total Cash** | (23,180.43) |
| | **Total Cash and Cash Equivalents** | (23,180.43) |
| | **Accounts Receivable** | |
| 12000 | Accounts Receivable | 283,907.43 |
| 12500 | Reserve for Bad Debts | (76,426.11) |
| | **Total Accounts Receivable** | 207,481.32 |
| | **Other Current Assets** | |
| 14000 | Prepaid Assets | 50,234.96 |
| 14200 | Other Current Assets | 64,317.20 |
| | **Total Other Current Assets** | 114,552.16 |
| | **Fixed Assets** | |
| 15500 | Website Design | 59,990.00 |
| 15550 | Advanced Retail Segmentation | 91,066.67 |
| | **Total Fixed Assets** | 151,056.67 |
| 16500 | Accum Deprec - Website Design | (30,884.10) |
| 16550 | Accum Deprec - Advanced Retail Segmentation | (33,003.20) |
| | **Total Accum Depreciation** | (63,887.30) |
| | **Net Fixed Assets** | 87,169.37 |
| 17100 | GunUp Website and App | 1,002,196.77 |
| | **Total Intangible Assets** | 1,002,196.77 |
| 17110 | Accum Amort - GunUp | (559,559.96) |
| | **Total Accum Amort** | (559,559.96) |
| | **Net Intangible Assets** | 442,636.81 |
| | **Other Assets** | |
| 19700 | Security Deposits | 13,638.73 |
| | **Total Other Assets** | 13,638.73 |
| | **Total Assets** | **842,297.96** |
| | **LIABILITIES & EQUITY** | |
| | **Current Liabilities** | |
| | **Accounts Payable** | |
| 20000 | Accounts Payable | 341,469.38 |
| | **Total Accounts Payable** | 341,469.38 |
| | **Accrued Expenses** | |
| 20500 | Accrued Expenses | 2,776,487.45 |
| 23000 | Bonus Accrual | 20,833.30 |
| | **Total Accrued Expenses** | 2,797,320.75 |

**MEDIA LODGE INC.**
Media Lodge Inc
For the Ten Months Ending October 31, 2020

|  |  | October |
|---|---|---:|
|  | **ASSETS** |  |
|  | **Due to Parent** | 9,088,891.47 |
|  | Total Due to Parent | 9,088,891.47 |
|  | **Oher Current Liabilities** |  |
| 24010 | Deferred Rent | 64.12 |
|  | Total Oher Current Liabilities | 64.12 |
|  | **Long Term Liabilities** |  |
|  | Total Long Term Liabilities |  |
|  | **Equity** |  |
| 31000 | Capital Stock | 1,000.00 |
| 32000 | Retained Earnings | (9,022,012.88) |
| 33000 | Shareholder Dividends | 441,575.45 |
| 34000 | Minority Interest | (208,104.70) |
| 40000:99999 | Net Income | (2,597,905.63) |
|  | Total Equity | (11,385,447.76) |
|  | **Total Liabilities & Equity** | **842,297.96** |

MEDIA LODGE INC.
Media Lodge Inc
For the Nine Months Ending September 30, 2020

|  |  | September |
|---|---|---|
|  | **ORDINARY INCOME / EXPENSE** |  |
|  | Income |  |
| 41010 | Banner Ads - Programmatic Ads |  |
| 41800 | Banner Exchange | $240,075 |
|  | Total Income | $240,075 |
|  | Cost of Goods Sold |  |
| 50000 | Hosting / Data Center | $106 |
|  | Production Costs | $106 |
| 51000 | Commission | $33,388 |
| 51010 | Advertising Consult - Programmatic | $991 |
| 51020 | Publisher Costs (Bloggers) | $55,121 |
| 51040 | Banner Exchange |  |
| 51060 | Advertising Expense |  |
| 51070 | Ad Creation/Graphic Desogn (For Advertisers) | $3,200 |
| 51410 | Advertising Joint Venture | $11,158 |
| 51430 | Ad Operations | $17,631 |
| 56110 | Video Production | $9,133 |
| 56120 | Video Production Get Zone | $8,400 |
| 56150 | Billable Expenses | $805 |
| 60120 | Credit Card fees |  |
| 60130 | Gateway Fees |  |
| 56200 | Advance Retail Segmentation Expense | $44,148 |
|  | Selling Costs | $183,975 |
|  | Total Cost of Goods Sold | $184,081 |
|  | Gross Profit | $55,994 |
|  | Expenses |  |
|  | Administrative Expense |  |
| 61100 | Legal Fees | $19,235 |
|  | Total Administrative Expense | $19,235 |
|  | Expense |  |
| 60100 | Bank Service Charges | $257 |
| 60140 | Wire Fees |  |
| 60240 | Software Subscriptions & Licenses | $2,907 |
| 60250 | Trade Organizations |  |
| 60340 | Office Supplies |  |
| 60350 | Postage and Delivery |  |
| 60380 | Telephone | $300 |
| 60381 | Internet (Wi-Fi or Wired) | $144 |
| 60390 | Miscellaneous |  |
| 60610 | Office Equipment |  |
| 61410 | Ad Misc. |  |
| 61420 | Ad Production | $1,300 |
| 61500 | Press Releases | $292 |
| 61750 | Technology |  |
| 62000 | Rent | $867 |
| 62400 | Utilities |  |
| 62450 | Operating Expenses for Buildings (part of Ren | $719 |
| 63000 | Other Taxes |  |
| 64040 | NRA |  |
| 64070 | SHOT Show |  |
| 64350 | Ground Transportation |  |

MEDIA LODGE INC.
Media Lodge Inc
For the Nine Months Ending September 30, 2020

|  |  | September |
|---|---|---:|
|  | **ORDINARY INCOME / EXPENSE** |  |
| 64500 | Meals |  |
| 66500 | Depreciation - Website Design | $1,000 |
| 66550 | Depreciation - Adv Ret Seg | $27 |
| 67010 | Amortization of GunUp | $8,352 |
| 71000 | Wages | $82,469 |
| 71010 | Contract Labor | $4,626 |
| 71100 | Bonuses, Other Wages | $27,083 |
| 71200 | Benefits | $1,016 |
| 71210 | Employee Profit Sharing | $4,226 |
| 71300 | Federal Unemployment tax |  |
| 71310 | State Unemployment tax | $368 |
| 71320 | Medicare tax | $2,042 |
| 71330 | Workers Comp | $592 |
| 71340 | Social Security tax | $2,965 |
| 71400 | Administration Fee | $675 |
| 99999 | Suspense Accounts |  |
|  | **Total Expense** | **$142,226** |
|  |  |  |
|  | Other (Income) Expense |  |
| 90000 | Other Expense |  |
|  | Total Other (Income) Expense |  |
|  | **Net Income (Loss)** | **($105,467)** |