# __EXHIBIT D__

Contracts to be Assumed

| Vendor Name | Cure | Amount |
|---|---|---|
| i156 LLC (USA CARRY) | $ | 2,840.03 |
| Ryan Companies US Inc. | $ | 532.92 |
| Catch All Media | $ | 350.00 |
| Christopher Serrano (IMFDB) | $ | 25,173.79 |
| Armory Forums LLC | $ | 19,351.90 |
| Auction Armory | $ | 33,008.71 |
| Don Porter (Sootch) | $ | 5,000.00 |
| Concealed Nation, LLC | $ | 7,027.34 |
| Registered Agent Solutions Inc. | $ | 104.00 |
| 50 Campfires, LLC | $ | 11,778.84 |
| Kattan Law | | $9,931 |
| Listrack | $ | 115,475.34 |
| Yourbow | $ | 24,380.00 |