# **EXHIBIT E**

Liquidation Analysis

EXHIBIT D
**Liquidation Analysis**
[Pursuant to Section 1190(1)(B) of the Bankruptcy Code]

*Debtor's Estimated Liquidation Value of Assets*

| Asset | Scheduled Value |
|---|---|
| Operating Account | $ 23,489 |
| Deposits and Prepayments | $ - |
| Accounts Receivable | $ - |
| Intangibles | $ - |
| Misc. due from related parties | $ 473 |
|  |  |
|  |  |
| **TOTAL** | **$ 23,962** |

**Less:**
Secured creditors' recoveries                                     $_____

**Less:**
Chapter 7 trustee fees and expenses                               $25,000.00
**(Trustee)**
                                                                  $_____
**(Auction)**
**Less:**
Chapter 11 Administrative Expenses                                $50,000.00 (GSBB)
                                                                  $10,000.00
**(Trustee)**
**Less:**
Priority claims, excluding Administrative Expense claims          $_____ (IRS)
                                                                  $_____ (other)

(1) Balance for unsecured claims                                  **$**

(2) Total dollar amount of unsecured claims                       $

*Percentage of Claims Which Unsecured Creditors Would*
*Receive or Retain in a Chapter 7 Liquidation:*                   <u>*0%*</u>

*Percentage of Claims Which Unsecured Creditors Will*
*Receive or Retain under the Plan:*                               **100%**