# **EXHIBIT F**
Most Recent Post-Petition Operating Report

**Fill in this information to identify the case:**

Debtor Name __Media Lodge Inc.__

United States Bankruptcy Court for the: _____ District of _____

Case number: __20-12969-JTD__

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11       12/17

Month: __July__                                    Date report filed: __08/31/2021__
                                                                      MM / DD / YYYY

Line of business: __Digital Advertising__          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __MEDIA LODGE__

Original signature of responsible party: _[signature]_

Printed name of responsible party: __JEFF SIEGEL__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

|     |                                                                                           | Yes | No | N/A |
|-----|-------------------------------------------------------------------------------------------|-----|----|----|
| 1.  | Did the business operate during the entire reporting period?                              | ☒   | ☐  | ☐  |
| 2.  | Do you plan to continue to operate the business next month?                               | ☒   | ☐  | ☐  |
| 3.  | Have you paid all of your bills on time?                                                  | ☒   | ☐  | ☐  |
| 4.  | Did you pay your employees on time?                                                       | ☒   | ☐  | ☐  |
| 5.  | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6.  | Have you timely filed your tax returns and paid all of your taxes?                        | ☒   | ☐  | ☐  |
| 7.  | Have you timely filed all other required government filings?                              | ☒   | ☐  | ☐  |
| 8.  | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9.  | Have you timely paid all of your insurance premiums?                                      | ☒   | ☐  | ☐  |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

|     |                                                                                           | Yes | No | N/A |
|-----|-------------------------------------------------------------------------------------------|-----|----|----|
| 10. | Do you have any bank accounts open other than the DIP accounts?                           | ☐   | ☒  | ☐  |
| 11. | Have you sold any assets other than inventory?                                            | ☐   | ☒  | ☐  |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☒ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy?                                             | ☐   | ☒  | ☐  |
| 14. | Did you have any unusual or significant unanticipated expenses?                           | ☐   | ☒  | ☐  |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf?       | ☒   | ☐  | ☐  |
| 16. | Has anyone made an investment in your business?                                           | ☐   | ☒  | ☐  |

Debtor Name   Media Lodge Inc.                             Case number   20-12969-JTD

17. Have you paid any bills you owed before you filed bankruptcy?                        ☐  ☒  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☒  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 4,606.64

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 381,721.20

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 349,275.44

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 32,445.74

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 37,052.38

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                  $ 192,582.15

    (Exhibit E)

Debtor Name    Media Lodge Inc.     Case number    20-12969-JTD

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables     $ 161,321.97

(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?    9
27. What is the number of employees as of the date of this monthly report?    9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 17,629
30. How much have you paid this month in other professional fees?   $ 0
31. How much have you paid in total other professional fees since filing the case?   $ 5,469.50

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 272,455 | − | $ 381,721 | = | $ -109,266 |
| 33. **Cash disbursements** | $ 317,277 | − | $ 349,275 | = | $ -31,998 |
| 34. **Net cash flow** | $ -44,822 | − | $ 32,445 | = | $ -77,267 |

35. Total projected cash receipts for the next month:     $ 217,964
36. Total projected cash disbursements for the next month:   − $ 256,392
37. Total projected net cash flow for the next month:    = $ -38,428

Official Form 425C     Monthly Operating Report for Small Business Under Chapter 11     page 3

| Debtor Name | Media Lodge Inc. | Case number | 20-12969-JTD |
|---|---|---|---|

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

In re  Media Lodge Inc.  
           Debtor

Case No. 20-12969-JTD  
Reporting Period: _____

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Culhane Meadows | 11/16-1/31 | 2,119.50 | Media Lodge Inc | 1266 | 12/23/20 | 2,119.50 | 0.00 | 2,119.50 | 0 |
| Culhane Meadows | Feb 2021 | 3,350.00 | Media Lodge Inc | 1341 | 2/12/2021 | 3,350.00 | 0.00 | 5,469.50 | 0 |

FORM MOR-1b  
(04/07)

| Consolidated - Pre/Post Petition | Month | |
|---|---:|---|
| | Jul-21 | |
| **Assets** | | |
| Cash (Unrestricted) | 37,052 | |
| Cash (Restricted) | - | |
| Accounts Receivable (Net) | 316,946 | |
| Inventory | - | |
| Notes Receivable | - | |
| Prepaid Expenses | 178,378 | |
| Other (Attach List) | 23,082 | Utility/Rent Security Deposits |
| Total Current Assets | 555,459 | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | - | |
| Machiner & Equipment | - | |
| Furniture, Fixtures & Office Equipment | - | |
| Vehicles | - | |
| Intangibles | 1,133,076 | |
| Less: Accumulated Depreciation & Amortization | (623,447) | |
| Total Propert, Plant & Equipment | 509,629 | |
| Due from Affiliates & Insiders | - | |
| Other (Attach List) | - | |
| Total Assets | 1,065,088 | |
| **Liabilities Not Subject to Compromise (Post Petition Liabilities)** | | |
| Accounts Payable | 144,080 | |
| Accrued Expense | - | |
| Notes Payable | - | |
| Professional Fees - Subchapter V Trustee Fees Accrued | 48,502 | |
| Secured Debt | 90,023 | |
| Due to Affiliates & Insiders | - | |
| Other (Attach List) | - | Deferred Rent |
| Total Postpetition Liabilities | 282,605 | |
| **Liabilities Subject to Compromise (Pre-Petition Liabilities)** | | |
| Secured Debt - Per Plan | 2,000,000 | |
| Priority Debt - Per Plan | - | |
| Unsecured Debt - Per Plan | 7,602,648 | |
| Other (Attach List) - Per Plan | 2,478,991 | GunUp Judgement |
| Total Pre-Petition Liabilities | 12,081,639 | |
| **Equity** | | |
| Common Stock | 1,000 | |
| Retained Earning (Deficit) | (11,300,157) | |
| Total Equity (Deficit) | (11,299,157) | |
| Total Liabilities & Owners' Equity | 1,065,088 | |

MEDIA LODGE INC.- POST
Post Media Lodge
For the Seven Months Ending Saturday, July 31, 2021

| | ASSETS | July |
|---|---|---:|
| 10020 | Cash - PNC Operating | $37,052.38 |
| | **Total Cash** | **37,052.38** |
| | **Total Cash and Cash Equivalents** | **37,052.38** |
| | **Accounts Receivable** | |
| 12000 | Accounts Receivable | 161,321.97 |
| | **Total Accounts Receivable** | **161,321.97** |
| | **Other Current Assets** | |
| 12800 | Reimbursable Expenses (employee) | 9,443.51 |
| 14000 | Prepaid Assets | 9,899.92 |
| | **Total Other Current Assets** | **17,880.21** |
| | **Total Assets** | **217,717.78** |
| | **LIABILITIES & EQUITY** | |
| | **Current Liabilities** | |
| | **Accounts Payable** | |
| 20000 | Accounts Payable | 144,080.40 |
| | **Total Accounts Payable** | **144,080.40** |
| | **Accrued Expenses** | |
| 20500 | Accrued Expenses | 48,501.75 |
| | **Total Accrued Expenses** | **48,501.75** |
| | **Long Term Liabilities** | |
| 25800 | DIP Financing | 90,023.14 |
| | **Total Long Term Liabilities** | **90,023.14** |
| | **Equity** | |
| 32000 | Retained Earnings | 171,541.11 |
| 40000:99999 | Net Income | (236,428.62) |
| | **Total Equity** | **(64,887.51)** |
| | **Total Liabilities & Equity** | **217,717.78** |

MEDIA LODGE INC.- POST
Post Media Lodge
For the Seven Months Ending Saturday, July 31, 2021

| | ORDINARY INCOME / EXPENSE | July |
|---|---|---:|
| | **Income** | |
| 41000 | Banner Ads | $127,047.16 |
| 41010 | Banner Ads - Programmatic Ads | 589.00 |
| 41800 | Banner Exchange | 133,728.82 |
| | **Total Income** | **261,364.98** |
| | **Cost of Goods Sold** | |
| 50000 | Hosting / Data Center | 468.25 |
| 56070 | Contests & Promotions | 26.00 |
| | **Production Costs** | **494.25** |
| 51000 | Commission | 27,031.68 |
| 51010 | Advertising Consult - Programmatic | 410.19 |
| 51020 | Publisher Costs (Bloggers) | 45,769.10 |
| 51060 | Advertising Expense | 17,569.50 |
| 51070 | Ad Creation/Graphic Desogn (For Advertisers | 6,766.57 |
| 51430 | Ad Operations | 22,898.30 |
| 56110 | Video Production | |
| 56120 | Video Production Get Zone | 450.00 |
| 56150 | Billable Expenses | 446.84 |
| 56160 | Social Media Advertising | |
| 56200 | Advance Retail Segmentation Expense | 49,606.73 |
| | **Selling Costs** | **170,948.91** |
| | **Total Cost of Goods Sold** | **171,443.16** |
| | **Gross Profit** | **89,921.82** |
| | **Expenses** | |
| | **Administrative Expense** | |
| 61100 | Legal Fees | 11,667.00 |
| | **Total Administrative Expense** | **11,667.00** |
| | **Expense** | |
| 60100 | Bank Service Charges | 163.25 |
| 60240 | Software Subscriptions & Licenses | 1,577.86 |
| 60330 | Licenses and Permits | |
| 60340 | Office Supplies | |
| 60350 | Postage and Delivery | |
| 60380 | Telephone | 150.00 |
| 60381 | Internet (Wi-Fi or Wired) | 139.95 |
| 60390 | Miscellaneous | |
| 61420 | Ad Production | |
| 62000 | Rent | (2,128.54) |
| 62450 | Operating Expenses for Buildings (part of Rent) | |
| 63000 | Other Taxes | |
| 64200 | Conference Registration | |
| 64300 | Airfare | |
| 64350 | Ground Transportation | |
| 64400 | Lodging | |
| 64500 | Meals | |
| 71000 | Wages | 84,617.86 |
| 71010 | Contract Labor | 4,364.78 |
| 71100 | Bonuses, Other Wages | 10,000.00 |
| 71200 | Benefits | 906.01 |
| 71210 | Employee Profit Sharing | 3,524.00 |
| 71300 | Federal Unemployment tax | |
| 71310 | State Unemployment tax | 367.70 |
| 71320 | Medicare tax | 1,763.92 |
| 71330 | Workers Comp | 512.72 |
| 71340 | Social Security tax | 5,447.04 |
| 71400 | Administration Fee | 675.00 |
| | **Total Expense** | **112,081.55** |
| | **Other (Income) Expense** | |
| | **Total Other (Income) Expense** | |
| | **Net Income (Loss)** | **(33,826.73)** |

|  | Column A Projected | Column B Actual | Column C Difference |
|---|---|---|---|
| Cash Receipts | $ 272,455.00 | $ 381,721.18 | $ (109,266.18) |
| Cash Dispursements | $ 317,277.00 | $ 349,275.44 | $ (31,998.44) |
| Net Cash Flow | $ (44,822.00) | $ 32,445.74 | $ (77,267.74) |

# **EXHIBIT B**

Questionnaire:

12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?
    DIP serves as advertising representative to GunBroker.com (related party under common control) via an "Advertising Representation Agreement" dated May 3, 2019.

15. Have you borrowed money from anyone or has anyone made any payments on your behalf?
    DIP borrowed $90,023 from its parent Gemini Direct Investments via the approved "DIP Loan" during November 2020 to pay a critical vendor, YourBow, and to fund payroll for the period 11/15-11/30.

# **EXHIBIT C**

Cash Receipts:

| Date | | Amount |
|---|---|---:|
| 7/13/2021 | $ | 193,821.48 |
| 7/20/2021 | $ | 2,128.54 |
| 7/22/2021 | $ | 79,083.12 |
| 7/27/2021 | $ | 61,035.20 |
| 7/30/2021 | $ | 45,652.84 |
| | $ | 381,721.18 |

# **EXHIBIT D**

Case 20-12969-JTD Doc 1976 Filed 08/31/21 Page 14 of 20

| Journal Entry | TRX Date | Account Number | Account Description | Credit Amount | Debit Amount | Originating Master Name | Reference | Description |
|---|---|---|---|---|---|---|---|---|
| 17308 | 7/1/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 92,946.38 | $ - | LISTRAK | Computer Checks | Cash |
| 17247 | 7/7/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 99.95 | $ - | COMCAST | Computer Checks | Cash |
| 17248 | 7/7/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 2,090.00 | $ - | Clifton Reinwand | Computer Checks | Cash |
| 17249 | 7/7/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 7,500.00 | $ - | Lifestyle HG Inc. | Computer Checks | Cash |
| 17250 | 7/7/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 1,186.65 | $ - | Paige Bennett | Computer Checks | Cash |
| 17251 | 7/7/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 40.00 | $ - | SCOTT KENNETH FERGUSON | Computer Checks | Cash |
| 17252 | 7/7/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 623.13 | $ - | Thomas Merriott | Computer Checks | Cash |
| 17253 | 7/7/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 12,317.00 | $ - | YOURBOW | Computer Checks | Cash |
| 17263 | 7/14/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 560.00 | $ - | CRISTINA EBBERMAN | Computer Checks | Cash |
| 17264 | 7/14/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 5,000.00 | $ - | GIANAKAS MEDIA, INC | Computer Checks | Cash |
| 17265 | 7/14/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 150.00 | $ - | HIGH CALIBER HISTORY LLC | Computer Checks | Cash |
| 17266 | 7/14/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 51,981.96 | $ - | LISTRAK | Computer Checks | Cash |
| 17267 | 7/14/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 26.33 | $ - | SCOTT KENNETH FERGUSON | Computer Checks | Cash |
| 17255 | 7/15/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 78,517.85 | $ - | Adams Keegan | Computer Checks | Cash |
| 17280 | 7/20/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 12,223.76 | $ - | ARMORY FORUMS LLC | Computer Checks | Cash |
| 17281 | 7/20/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 14,038.76 | $ - | AUCTION ARMORY | Computer Checks | Cash |
| 17282 | 7/20/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 4,167.99 | $ - | CHRISTOPHER SERRANO | Computer Checks | Cash |
| 17283 | 7/20/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 453.04 | $ - | Eric Cilli | Computer Checks | Cash |
| 17284 | 7/20/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 2,500.00 | $ - | GIANAKAS MEDIA, INC | Computer Checks | Cash |
| 17285 | 7/20/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 11,766.90 | $ - | i156 LLC (USA CARRY) | Computer Checks | Cash |
| 17286 | 7/20/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 400.00 | $ - | KAREN LYNN PIKULA | Computer Checks | Cash |
| 17287 | 7/20/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 2,600.00 | $ - | Lifestyle HG Inc. | Computer Checks | Cash |
| 17288 | 7/20/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 616.57 | $ - | Tundra Entertainment | Computer Checks | Cash |
| 17289 | 7/20/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 8,500.00 | $ - | CHRISTOPHER SERRANO | Computer Checks | Cash |
| 17290 | 7/20/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 3,750.00 | $ - | DON PORTER | Computer Checks | Cash |
| 17301 | 7/29/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 2,306.95 | $ - | CLAUDIA BIRCU | Computer Checks | Cash |
| 17302 | 7/29/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 952.00 | $ - | CRISTINA EBBERMAN | Computer Checks | Cash |
| 17303 | 7/29/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 2,999.19 | $ - | GAT Marketing, LLC | Computer Checks | Cash |
| 17304 | 7/29/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 100.00 | $ - | KATHERINE POWERS | Computer Checks | Cash |
| 17305 | 7/29/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 14.33 | $ - | SCOTT KENNETH FERGUSON | Computer Checks | Cash |
| 17293 | 7/30/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 56,328.08 | $ - | Adams Keegan | Computer Checks | Cash |
| 17396 | 7/31/2021 | 150-10020-000-000 | Cash - PNC Operating | $ 163.25 | $ - | Reconciliation Adjustment | Reconcile Adjustments Entry | Reconcile Bank Statement |
| 17397 | 7/31/2021 | 150-10020-000-000 | Cash - PNC Operating | $ - | $ 700.00 | 2A TRUTH HOLDING LLC | Void Historical Trx - Check 1301 1/21/2021 | Cash |
| 17398 | 7/31/2021 | 150-10020-000-000 | Cash - PNC Operating | $ - | $ 26,944.63 | LISTRAK | Void Historical Trx - Check 1338 2/3/2021 | Cash |

$ 349,275.44

# **EXHIBIT E**

Accrued Expense:
  Payable to Sub V Trustee          July              $48,501.75                    $48,501.75
  Accrue Listrak                    July      $              -

System: HISTORICAL AGED TRIAL BALANCE        8/31/2021         12:46:55 PM  Page:        1  User Date:    8/31/2021  User ID:    Susan
Media Lodge Inc.- Post
Payables Management
Ranges:  Vendor ID:                        First - Last      User-Defined 1:              First - Last
Class ID:  First - Last                    Document Date:    First - 7/31/2021            Payment Priority:  First - Last    Document Number: First - Last
Vendor Name:  First - Last
Exclude:  Zero Balance, No Activity, Fully Paid Documents, Unpost  Print Option:  SUMMARY          Sorted By:    Vendor ID
Aged By:  Document Date                    Due Date          Aging Date:        7/31/2021

| Vendor ID: | ARDEN0001 | Name: | The Ardent Group | Class ID: | MEDIALODGE | User-Defined 1: | |
|---|---|---|---|---|---|---|---|
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | |
| Voucher(s): | | 1 Aged Totals: | ($2,606.00) | ($2,606.00) | $0.00 | $0.00 | $0.00 |
| Vendor ID: | ARMOR0001 | Name: | ARMORY FORUMS LLC | Class ID: | REV SHARE | User-Defined 1: | |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | |
| Voucher(s): | | 1 Aged Totals: | $13,326.92 | $13,326.92 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | AUCT0001 | Name: | AUCTION ARMORY | Class ID: | BLOGGER | User-Defined 1: | |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | |
| Voucher(s): | | 1 Aged Totals: | $6,210.69 | $6,210.69 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | BRAND0001 | Name: | BRAND AVALANCHE MEDIA, LLC (Travis Horto | Class ID: | MEDIALODGE | User-Defined 1: | Travis Horton |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | |
| Voucher(s): | | 1 Aged Totals: | $17,569.50 | $17,569.50 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | CATCH0001 | Name: | CATCH ALL MEDIA | Class ID: | MEDIALODGE | User-Defined 1: | |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | |
| Voucher(s): | | 1 Aged Totals: | $3,150.00 | $3,150.00 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | CEBBE0001 | Name: | CRISTINA EBBERMAN | Class ID: | MEDIALODGE | User-Defined 1: | |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | |
| Voucher(s): | | 1 Aged Totals: | $1,061.20 | $1,061.20 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | CHRIS0002 | Name: | CHRISTOPHER SERRANO | Class ID: | REV SHARE | User-Defined 1: | |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | |
| Voucher(s): | | 2 Aged Totals: | ($5,860.04) | ($5,860.04) | $0.00 | $0.00 | $0.00 |
| Vendor ID: | CREIN0001 | Name: | Clifton Reinwand | Class ID: | MEDIALODGE | User-Defined 1: | |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | |
| Voucher(s): | | 3 Aged Totals: | $2,310.00 | $2,310.00 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | DPORT0001 | Name: | DON PORTER | Class ID: | BLOGGER | User-Defined 1: | |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | |
| Voucher(s): | | 1 Aged Totals: | ($3,750.00) | ($3,750.00) | $0.00 | $0.00 | $0.00 |
| Vendor ID: | ERICC0001 | Name: | Eric Cilli | Class ID: | BLOGGER | User-Defined 1: | |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | |
| Voucher(s): | | 1 Aged Totals: | $302.96 | $302.96 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | FORWA0002 | Name: | FORWARD MEDIA PARTNERS, LLC | Class ID: | MEDIALODGE | User-Defined 1: | |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | |
| Voucher(s): | | 1 Aged Totals: | $410.19 | $410.19 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | GATDA0001 | Name: | GAT Marketing, LLC | Class ID: | BLOGGER | User-Defined 1: | |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | |
| Voucher(s): | | 1 Aged Totals: | $1,297.82 | $1,297.82 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | GIANA0001 | Name: | GIANAKAS MEDIA, INC | Class ID: | MEDIALODGE | User-Defined 1: | |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | |
| Voucher(s): | | 3 Aged Totals: | $7,500.00 | $0.00 | $0.00 | $0.00 | $7,500.00 |
| Vendor ID: | HIGHC0001 | Name: | HIGH CALIBER HISTORY LLC | Class ID: | | User-Defined 1: | Thomas Logan Mete |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | |
| Voucher(s): | | 2 Aged Totals: | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | I1560001 | Name: | i156 LLC (USA CARRY) | Class ID: | BLOGGER | User-Defined 1: | |

System: HISTORICAL AGED TRIAL BALANCE        8/31/2021         12:46:55 PM  Page:        2  User Date:    8/31/2021  User ID:    Susan
Media Lodge Inc.- Post
Due       Current Period                    31 - 60 Days      61 - 90 Days                 91 and Over

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Voucher(s): | | 1 | Aged Totals: | | $9,930.53 | $9,930.53 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | KLEVI0001 | | Name: | KARIN LEVINE | | Class ID: | | User-Defined 1: |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | | |
| Voucher(s): | | 2 | Aged Totals: | | $180.00 | $90.00 | $90.00 | $0.00 | $0.00 |
| Vendor ID: | KPICU0001 | | Name: | KAREN LYNN PIKULA | | Class ID: | BLOGGER | User-Defined 1: |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | | |
| Voucher(s): | | 1 | Aged Totals: | | $400.00 | $0.00 | $400.00 | $0.00 | $0.00 |
| Vendor ID: | LISTR0001 | | Name: | LISTRAK | | Class ID: | MEDIALODGE | User-Defined 1: |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | | |
| Voucher(s): | | 3 | Aged Totals: | | $76,551.36 | $49,606.73 | $0.00 | $0.00 | $26,944.63 |
| Vendor ID: | PBENN001 | | Name: | Paige Bennett | | Class ID: | BLOGGER | User-Defined 1: |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | | |
| Voucher(s): | | 1 | Aged Totals: | | $947.25 | $947.25 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | SFERG0001 | | Name: | SCOTT KENNETH FERGUSON | | Class ID: | MEDIALODGE | User-Defined 1: |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | | |
| Voucher(s): | | 1 | Aged Totals: | | $5.67 | $5.67 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | SPECI0001 | | Name: | Karlo Jularic | | Class ID: | BLOGGER | User-Defined 1: |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | | |
| Voucher(s): | | 2 | Aged Totals: | | $0.02 | $0.00 | $0.00 | $0.01 | $0.01 |
| Vendor ID: | TMERR0001 | | Name: | Thomas Merriott | | Class ID: | EMPLOYEE | User-Defined 1: |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | | |
| Voucher(s): | | 1 | Aged Totals: | | $735.11 | $735.11 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | WIGGI0001 | | Name: | WIGGIN AND DANA LLP | | Class ID: | LEGAL | User-Defined 1: |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | | |
| Voucher(s): | | 1 | Aged Totals: | | $1,071.00 | $0.00 | $0.00 | $0.00 | $1,071.00 |
| Vendor ID: | WIWOM0001 | | Name: | WI Women Fish | | Class ID: | | User-Defined 1: |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | | |
| Voucher(s): | | 1 | Aged Totals: | | $510.22 | $510.22 | $0.00 | $0.00 | $0.00 |
| Vendor ID: | YOURB0001 | | Name: | YOURBOW | | Class ID: | MEDIALODGE | User-Defined 1: |
| Due | Current Period | | 31 - 60 Days | 61 - 90 Days | | 91 and Over | | |
| Voucher(s): | | 1 | Aged Totals: | | $12,526.00 | $12,526.00 | $0.00 | $0.00 | $0.00 |
| Vendors | Due | | Current Period | 31 - 60 Days | | 61 - 90 Days | 91 and Over | |
| Vendor Totals: | | 25 | $144,080.40 | | $108,074.75 | $490.00 | $0.01 | $35,515.64 |

# **EXHIBIT F**

| System: | SUMMARY HISTORICAL AGED TRIAL BALANCE | | | | | | |
|---|---|---|---|---|---|---|---|
| Media Lodge Inc.- Post Receivables Management | | User ID: | Susan | | | | |
| Customer: | Name: | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 - 360 Days | 366 + Days |
| MEDIA0001 | MEDIA LODGE LLC | $ 161,321.97 | $ 161,321.97 | $ - | $ - | $ - | $ - | $ - |
| Grand Totals: | | 1 $ 161,321.97 | $ 161,321.97 | $ - | $ - | $ - | $ - | $ - |