# **<u>EXHIBIT A</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| MEDIA LODGE, INC., | ) |
| | ) Case No. 20-12969 (JTD) |
| Reorganized Debtor. | ) |
| | ) |

**FINAL DECREE CLOSING DEBTOR'S CHAPTER 11 CASE**

Upon consideration of the Motion for an Order Granting a Final Decree and Closing Case (the "Motion") of Debtor Media Lodge, Inc., (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), for entry of a final decree and order (this "Final Decree"), pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (a) closing the Chapter 11 Case; and this Court having reviewed the Motion; and this Court finding good and sufficient cause for granting the relief as provided herein; and after proper notice and opportunity to respond to the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, as set forth herein.

2. All objections to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included therein, are overruled on the merits and denied with prejudice.

3. Pursuant to sections 1112(b) and 305(a) of the Bankruptcy Code, the Chapter 11 Case of Media Lodge, Inc. is hereby dismissed.

4. Proper and adequate notice of the Motion was given, and no other or further notice is necessary.

5. Entry of this Final Decree is without prejudice to the rights of the Debtor, or the U.S. Trustee, or any other party in interest to seek to reopen the Chapter 11 Case for cause pursuant to section 350(b) of the Bankruptcy Code.

6. The Clerk of the Court shall enter this Final Decree on the docket of the Chapter 11 Case, and thereafter such docket shall be marked as "Closed."

7. The Debtor is authorized to take all actions that may be necessary to undertake the relief granted in this Final Decree.

8. To the extent allowed by applicable law, this Court shall retain jurisdiction with respect to any matters or disputes related to the Chapter 11 Case, including, without limitation, any matters or disputes relating to the effect of provisions contained in the Plan and/or the Confirmation Order and any other order of this Court entered in the Chapter 11 Case of the Debtor.