**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MEDIA LODGE, INC., ) | Case No. 20-12969 (JTD) |
| ) | |
| Reorganized Debtor. ) | **Hearing Date: January 6, 2022 at 10:00 am (ET)** |
| ) | **Objection Deadline: December 16, 2021 at 4:00 pm (ET)** |

**NOTICE OF MOTION FOR AN ORDER GRANTING A FINAL DECREE AND CLOSING CASE**

**PLEASE TAKE NOTICE** that on December 2, 2021, Media Loge, Inc., the above-captioned reorganized debtor (the "Debtor") filed the Motion for an Order Granting a Final Decree and Closing Case (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response by **December 16, 2021 at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned counsel for the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion is scheduled for **January 6, 2022 at 10:00 am (ET)** before the Honorable John T. Dorsey in Courtroom No. 5, 5th Floor, in the United States Bankruptcy Court located at 824 N. Market Street, Wilmington, Delaware 19801.

**IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

Dated: December 2, 2021        GELLERT SCALI BUSENKELL & BROWN LLC

>*/s/ Michael Busenkell*
>Michael Busenkell (DE 3933)
>Ronald S. Gellert (DE 4259)
>1201 North Orange Street, 3rd Floor
>Wilmington, DE 19801
>302-425-5800
>mbusenkell@gsbblaw.com
>rgellert@gsbblaw.com
>
>*Counsel to Media Lodge, Inc.*