## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 2, 2021, I caused a true and correct copy of *Motion for an Order Granting a Final Decree and Closing Case* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the parties on the attached service list in the manner indicated.

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)

Via First Class Mail

Eric Cilli
203 Fire Island Way
Greenvile, SC 29607

Scott Kenneth Ferguson
6571 San Ignacio Avenue
San Jose, CA 95119

Catch All Media
682 North Walton Lakeshores Dr
Inlet Beach, FL 32461

i156 LLC (USA CARRY)
3433 HWY 190, PMB 366
Mandeville, LA 70471

The Ardent Group
9450 Pinecroft Dr., #9133
The Woodlands, TX 77380

Forward Media Partners, LLC
7 Jeffrey Lane
Chappaqua, NY 10514

Karen Lynn Pikula
8844 Lewisburg Road
Lewisburg, KY 42256

Don Porter
235 Trotter Drive
Piedmont, SC 29673

Armory Forums LLC
1266 Shorecrest Cir
Clermont, FL 34711

Concealed Nation, LLC
4683 Winston Ln N
Sarasota, FL 34235

Auction Armory
Suite 500-2715
2875 S Orange Ave
Orlando, FL 32806

Christopher Serrano
PO Box 46
Whittier, CA 90608

WIN
120 South 6th St, Suite 900
Minneapolis, MN 55402

Listrak
100 W. Millport Road
Lititz, PA 17543

Christina Myers
4035 Sheridan Ave N
Minneapolis, MN 55412

50 Campfires, LLC
PO BOX 685
Lebanon, GA 30146

Outdoors.com
PO Box 685
Lebanon, GA 30146

R.M. Warner, PLC
8283 N. Hayden Road
Suite 229
Scottsdale, AZ 85258

Wiggin and Dana LLP
PO Box 1832
New Haven, CT 06508-1832

GunGenius
PO BOX 2511
Kennesaw, GA 30156

AvidOutdoorsman
PO Box 685
Lebanon, GA 30146

Clifton Reinwand
1401 32nd Ave NE
Minneapolis, MN 55418

OSWX Ridge LLC
275 Market Street, Suite 184
Minneapolis, MN 55405

Jeff Siegel
130 Belden Hill Road
Wilton, CT 06897

Nelson Mullins Riley & Scarborough LLP
Attn:  Accounts Receivable
PO Drawer 11009
Columbia, SC 29211

FirstPro
5607 Glenridge Drive
Suite 360
Atlanta, GA 30342

Your Bow
2109 Corte Ricardo
Pleasanton, CA 94566

Paul J. Morochnik, Esq.
Weissmann Zucker Euster Morochnik & Garber P.C.
The Fountains at Piedmont Center
Building 11, Suite 950
3495 Piedmont Road
Atlanta, Georgia 30305

US Attorney for the District of Delaware
Attn: Ellen W. Slights, Esq.
1007 N. Orange St., Ste. 700
Wilmington, DE  19801

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

Bank of America
Attn: Dewey Briglia, Senior Vice President
Senior Relationship Manager
GA1-006-13-15,
600 Peachtree St. NE 13th Floor
Atlanta, GA 30308

Bank of America
PO Box 25118
Tampa, FL 33622

GunUp, Inc.
c/o Stephen C. Willey, SBN 209164
Savitt Bruce & Willey LLP
1425 Fourth Avenue, Suite 800
Seattle, WA 98101-2272

S. Wade Malone, Esq.
Nelson Mullins
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363

Robert Todd Bergin - The Gun Wire
83 Modesto
Irvine, CA 92602

Registered Agent Solutions Inc.
1701 Directors Blvd
Suite 300
Austin, TX 78744

Karlo Jularic
dr. Silve Rizvanbegovic 16,
71000 Sarajevo
Bosnia and Herzegovina

HuntStand (Terra Stride, Inc.)
1712 St Julian Place
Suite 202
Columbia, SC 29204

Gordon & Rees LLP
1111 Broadway
Suite 1700
Oakland, CA 94607

GATE 37B, LLC
120 Pavers Lane
Ephrata, PA 17522

Comcast
PO Box 60533
City of Industry, CA 91716-0533

Claudia Bircu
35 Clover Avenue
Farmingville, NY 11738-1606

Austin Bhatt
18276 CR442
Lindale, TX 75771

Caroline Heinlein (Gagne)
Eagle Ridge Partners
275 Market Street, Suite 184
Minneapolis, MN 55405

**Via First Class Mail and Electronic Mail:**
Office of the United States Trustee
Attn: Hannah Mufson McCollum, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**Via Electronic Mail:**
Natasha M. Songonuga, Esq.
Gibbons P.C.
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671

**Via Electronic Mail:**
Potter Anderson & Corroon LLP
Attn: Jeremy Ryan, Esq. and Steve McNeil, Esq.
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

**Via Electronic Mail:**
Julia Bettina Klein, Esq. and Duncan E. Manville, Esq.
KLEIN LLC
225 W. 14th Street, Suite 100
Wilmington, Delaware 19801